### BAILEY *vs.* CLARDY.

BALTZELL, Justice:

This case is in effect decided by the opinion just delivered in the case of Watts, administrator, &c., *vs.* Clardy, and for the reasons given therein must be reversed, with directions to the Circuit Court to dismiss the bill, and dissolve the injunction of complainant.